# EXHIBIT D

# Civil Docket
Court

Case No. C-585-11-B  
HIDALGO County

September 20th, 2011  
3:51pm

**MARIO MENDIOLA AND CYNTHIA MENDIOLA**  
**vs. HOME DEPOT, U.S.A., INC. AND REGIO**  
**& ASSOCIATES MANUFACTURERS, INC.**

Filed : 03/02/2011  
Status: Filed  
Type: FRAUD-EXEMPLARY DAMAG]

Judge  
  RODOLFO DELGADO

Court Reporter

| Date | | Volume | Page |
|---|---|---|---|

### Disposition Information

Case Disposition:

### Events & Orders of the Court

| Date | Entry |
|---|---|
| 03/02/11 | $FILE<br>Entered by: gperez on 03/02/11 at 04:58pm |
| 03/02/11 | PLAINTIFF'S ORIGINAL PETITION<br>Entered by: tsg on 03/02/11 at 04:58pm |
| 03/03/11 | MOTION<br>PLAINTIFF'S MOTION TO TRANSFER<br>Entered by: ISRAELM on 03/03/11 at 11:53am |
| 03/04/11 | ORDER, SIGNED<br>ORDER GRANTING MOTION TO TRANSFER TO THE 93RD DISTRICT COURT, SIGNED BY JUDGE JUAN R. PARTIDA.<br>Entered by: GINNA on 03/04/11 at 11:20am |
| 06/08/11 | FIRST AMENDED<br>PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION IL<br>Entered by: IRMAL on 06/08/11 at 02:48pm |
| 06/17/11 | PLEA OF INTERVENTION, FILED<br>SHARON WOHLER'S PLEA IN INTERVENTION, FILED 6/16/2011<br>Entered by: JESSICAJ on 06/17/11 at 08:53am |
| 06/24/11 | CITATION RETURNED<br>HOME DEPOT USA INC. SERVED 6.15.11-*MV<br>Entered by: MVALDEZ on 06/24/11 at 08:19am |
| 07/05/11 | ANSWER<br>HOME DEPOT U.S.A. INC'S ORIGINAL ANSWER, FILED<br>Entered by: JESSICAJ on 07/05/11 at 04:24pm |
| 07/27/11 | MOTION<br>PLAINTIFFS MOTION TO MODIFY DISCOVERY CONTROL PLAN AND FOR DOCKET CONTROL CONFERENCE, W/ORD & OSH ATTACHED<br>Entered by: OMARE on 07/27/11 at 11:11am |

DATE September 20, 2011  
A true copy I certify  
LAURA HINOJOSA  
District Clerk, Hidalgo County, Texas  
By_____ Deputy

Page 1

# Civil Docket
Court

Case No. C-585-11-B  
HIDALGO County

September 20th, 2011  
3:51pm

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

```
07/27/11  ORDER SETTING HEARING SIGNED
          Entered by: ALEXG on 07/27/11 at 11:23am
07/27/11  FILE SENT TO DIST CLERK
          Entered by: ALEXG on 07/27/11 at 11:23am
07/28/11  COPIES MAILED TO ATTY(S)
          MODIFY DISCOVERY CONTROL PLAN 8.9.11
          Entered by: NORMA1 on 07/28/11 at 09:30am
08/04/11  MOTION
          PLAINTIFF'S MOTION FOR RULING ON OBJECTIONS AND TO COMPEL,
          W/OSH ATTACHED
          Entered by: OMARE on 08/04/11 at 03:34pm
08/09/11  MTN FOR ENTRY OF DISCOVERY
          pl motion to modify discovery plan
08/09/11  FILE SENT TO DIST CLERK
          Entered by: ALEXG on 08/09/11 at 12:45pm
08/10/11  RULE 11 AGREEMENT
          Entered by: OMARE on 08/10/11 at 01:32pm
08/19/11  ORDER SETTING HEARING SIGNED
          Entered by: ALEXG on 08/19/11 at 01:50pm
08/19/11  FILE SENT TO DIST CLERK
          Entered by: ALEXG on 08/19/11 at 01:50pm
08/22/11  MTN FOR ENTRY OF DISCOVERY
08/22/11  NOTICE
          OSH NOTICE SENT TO ALL PARTIES
          Entered by: OMARE on 08/22/11 at 01:13pm
08/22/11  FILE SENT TO DIST CLERK
          Entered by: ALEXG on 08/22/11 at 03:03pm
08/22/11  RESPONSE
          HOME DEPOPT USA, INC'S RESPONSE TO PLAINTIFF'S MOTION FOR
          RULING ON OBJECTIONS AND TO COMPEL
          Entered by: OMARE on 08/22/11 at 04:11pm
08/22/11  EXHIBIT
          A
          Entered by: OMARE on 08/22/11 at 04:12pm
08/22/11  EXHIBIT
          B
          Entered by: OMARE on 08/22/11 at 04:12pm
08/22/11  EXHIBIT
          C
          Entered by: OMARE on 08/22/11 at 04:13pm
08/23/11  SECOND AMENDED
          PLAINTIFFS' SECOND AMENDED ORIGINAL PEITITION IL
          Entered by: IRMAL on 08/23/11 at 10:43am
09/07/11  motion for ruling upon objection
          pl. motion
```

# Civil Docket
## Court

Case No. C-585-11-B
HIDALGO County

September 20th, 2011
3:51pm

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

| Date | Event |
|---|---|
| 09/07/11 | FILE SENT TO DIST CLERK<br>Entered by: JOELE on 09/07/11 at 12:24pm |
| 09/07/11 | RULE 11 AGREEMENT<br>EFILED 9/2/11<br>Entered by: OMARE on 09/07/11 at 04:39pm |
| 09/15/11 | ORDER FILED<br>ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR RULING ON OBJECTIONS AND TO COMPEL, FILED.<br>Entered by: NORMA1 on 09/15/11 at 03:19pm |
| 09/15/11 | ORDER FILED<br>ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY DISCOVERY CONTROL PLAN AND FOR DOCKET CONTROL CONFERENCE, FILED.<br>Entered by: NORMA1 on 09/15/11 at 03:19pm |
| 09/15/11 | ORDER FILED<br>ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR RULING ON OBJECTIONS AND TO COMPEL IL<br>Entered by: IRMAL on 09/15/11 at 04:28pm |
| 09/15/11 | ORDER FILED<br>ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY DISCOVERY CONTROL PLAN AND FOR DOCKET CONTROL CONFERENCE IL<br>Entered by: IRMAL on 09/15/11 at 04:28pm |
| 09/20/11 | ORDER SETTING HEARING SIGNED<br>Entered by: JOELE on 09/20/11 at 09:34am |
| 09/20/11 | FILE SENT TO DIST CLERK<br>Entered by: JOELE on 09/20/11 at 09:34am |
| 10/05/11 | motion for ruling upon objection and MTC |

### Fee Payment Information

Plaintiff Payments
Total Payments: 3
Total Paid    : $238.00

| Date | Type | Receipt | Amount |
|---|---|---|---|
| 03/03/11 | CS | Rcpt # 225346 | $10.00 |
| 03/03/11 | CK | Rcpt # 225345 | $212.00 |
| 06/10/11 | CS | Rcpt # 231279 | $16.00 |

Defendant Payments
Total Payments: 2
Total Paid    : $30.00

| Date | Type | Receipt | Amount |
|---|---|---|---|
| 06/17/11 | CS | Rcpt # 231670 | $5.00 |
| 06/17/11 | CK | Rcpt # 231669 | $25.00 |

# Civil Docket
Court

Case No. C-585-11-B
HIDALGO County

September 20th, 2011
3:51pm

| Date | | Volume | Page |
|---|---|---|---|
| | Fee Payment Information (cont.) | | |