UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIO MENDIOLA *et al* | § | |
| | § | |
| Plaintiffs | § | |
| VS. | § | CIVIL ACTION NO. M-11-283 |
| | § | |
| HOME DEPOT USA INC. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO DISMISS

Now before the Court is Plaintiffs' Unopposed Motion to Dismiss. After reviewing the motion, the Court is of the opinion that the unnamed class claimants will not suffer any prejudice as a result of the dismissal sought by the individual named plaintiffs, and that Plaintiffs' motion should be **GRANTED**. It is hereby **ORDERED** that this case is **DISMISSED** without prejudice to the re-filing of same.

SO ORDERED this 18th day of May, 2012, at McAllen, Texas.

_____
Randy Crane
United States District Judge